792 A.2d 1207

IN THE MATTER OF KIMBERLY A. HINTZE, A/K/A KIMBERLY
HINTZE–WILCE, AN ATTORNEY AT LAW.

April 3, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its
decision IN DRB 00–328 and 00–329, concluding that **KIMBER-
LY A. HINTZE, a/k/a KIMBERLY HINTZE–WILCE, of JER-
SEY CITY,** who was admitted to the bar of this State in 1991, and
who thereafter was temporarily suspended from practice by Order
of this Court filed January 17, 2001, and who remains suspended
at this time, should be suspended from the practice of law for a
period of three months for violating *RPC* 1.1(a) (gross neglect),
*RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC*
1.4(a) (failure to communicate) and *RPC* 1.15(a) (failure to safek-
eep property of client), and good cause appearing;

It is ORDERED that **KIMBERLY A. HINTZE, a/k/a KIM-
BERLY HINTZE–WILCE,** is suspended from the practice of law
for a period of three months and until the further Order of the
Court, effective immediately; and it is further

ORDERED that on reinstatement respondent shall practice
under the supervision of a practicing attorney approved by the
Office of Attorney Ethics for a period of two years, and until the
further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent continue to be restrained and
enjoined from practicing law during the period of suspension and
that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.